3:07cv1289

STATE OF LOUISIANA * PARISH OF MOREHOUSE

FOURTH JUDICIAL DISTRICT COURT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 8 2007

ROBERT H. SHEMWELL, CLERK
BY ____ DEPUTY

JUDITH D. COLLINS and DONNIE R. COLLINS

VERSUS NO. 2007-409

DAVOL, INC., C.R. BARD, INC. and
MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT
NO. 1, D/B/A MOREHOUSE GENERAL HOSPITAL

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come JUDITH D. COLLINS and DONNIE R. COLLINS, competent majors and husband and wife, domiciled in Jones, Morehouse Parish, Louisiana, respectfully representing:

1.

Made Defendants herein are:

1) DAVOL, INC., a non-Louisiana corporation, authorized to do and doing business in the State of Louisiana, with its principal domicile of 100 Sockanossett Crossroad, Cranston, RI 02920;

2) C.R. BARD, INC., a non-Louisiana corporation, authorized to do and doing business in the State of Louisiana, with its principal domicile at 730 Central Avenue, Murray Hill, New Jersey 07974; and

3) MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1, D/B/A MOREHOUSE GENERAL HOSPITAL, through its acting Assistant Administrator, 323 W. Walnut Street, Bastrop, LA 71220

2.

Petitioners, Judith D. Collins and Donnie R. Collins, show and aver that the Defendants are justly and truly indebted unto Petitioners, for injuries and damages resulting from a defective implanted mesh hernia patch more particularly described at length hereinafter.

3.

Judith D. Collins was caused to undergo "ventral incisional herniorrhaphy" and placement of a 7 x7 cm round Kugel mesh patch, which surgical procedure occurred on September 20, 2004 at Morehouse General Hospital in Bastrop, Louisiana with John Lipka, M.D. performing said procedure.

4.

Subsequent thereto, Judith D. Collins began experiencing abdominal problems and was

ASSIGNED TO SECTION I

caused to undergo several additional procedures until February 14, 2005 when Judith D. Collins was admitted to the Morehouse General Hospital with severe complaints of pain consistent with abdominal wall abscess from the infected Kugel mesh patch, which ultimately had to be removed and a different and new mesh being installed.

5.

That as a result of the improper initial Kugel mesh patch, Judith D. Collins has undergone substantial medical problems that would not have incurred but for the fact that the initial surgical procedure failed and has caused continuing ongoing problems.

6.

Shortly after May 17, 2007, Judith D. Collins, was advised by the Morehouse General Hospital by letter dated May 17, 2007 from Timothy Spires, M.D., Chairman of the Surgery Department for Morehouse General Hospital, concerning a recall of implanted mesh hernia patches used to repair hernias. Said recall was being made by the manufacturer, Davol, Inc.

7.

The recall notice from the letter of May 17, 2007 to Petitioner, Judith D. Collins, further went on to state that the "memory coil ring that opens the patch can break under the stress and lead to bowel perforations or other internal damage."

8.

Davol, Inc., a division of C.R. Bard, Inc., manufactured the Kugel mesh patch used for ventral and incisional hernias, which is made the subject of this proceeding.

9.

The Defendant, Morehouse Parish Hospital Service District No. 1, d/b/a Morehouse General Hospital, sold the defective Kugel mesh patch to Petitioners.

10.

Petitioners further show and aver that as a result of the foregoing, Judith D. Collins has endured significant pain and suffering, mental anguish and emotional distress, as well as past and future substantial medical expenses.

11.

Finally, Petitioners show and aver that the damages they seek exceed the statutory minimum for trial by jury, and Petitioners do hereby request a trial by jury on all issues.

WHEREFORE, Petitioners pray that the Defendants by duly cited and served with a copy of this petition and be made to appear and answer same and that after all due proceedings and delays are had there by judgment herein in favor of Petitioners and against the Defendants in an amount of damages to be determined at the trial on the merits hereof, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

FURTHER PRAYS for a trial by jury on all issues.

RESPECTFULLY SUBMITTED,

TRAVIS M. HOLLEY
ATTORNEY AND COUNSELOR AT LAW
P.O. DRAWER 590 (71221)
1302 LEAVELL AVENUE
BASTROP, LA 71220
(318) 281-1000
(318) 283-3242 (FACSIMILE)

COUNSEL FOR PETITIONERS

BY: ______________________
TRAVIS M. HOLLEY
BAR ROLL NO. 6954

PLEASE SERVE:

DAVOL, INC., through the Hon. Jay Dardenne,
Louisiana Secretary of State, P.O. Box 94125,
Baton Rouge, LA 70804-9125

*NOTE: Davol, Inc. is located at:
100 Sockanossett Crossroad
Cranston, RI 02920

C.R. BARD, INC., through the Hon. Jay Dardenne,
Louisiana Secretary of State, P.O. Box 94125,
Baton Rouge, LA 70804-9125

*NOTE: C.R. Bard, Inc. is located at:
730 Central Avenue
Murray Hill, New Jersey 07974

MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1
D/B/A MOREHOUSE GENERAL HOSPITAL,
through its acting Assistant Administrator
323 W. Walnut Street, Bastrop, LA 71220